IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO.: 3:22-cr-00344-MGL |
| ) | |
| vs. ) | |
| ) | |
| DAEJA BRYANA HODGE ) | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ) | |

**GOVERNMENT'S BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**

The United States provides the following Bill of Particulars regarding property alleged in the Indictment ("Indictment"), filed April 26, 2022, as being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the above-Defendants for one or more felony violations of Title 18, United States Code, Section 922 as charged in the Indictment, the United States intends to seek the forfeiture of any firearms and ammunition (as defined in 18 U.S.C. § 921) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Such property includes, but is not limited to the following:

Firearm:

Del-Ton, model DTI-15, .223 caliber rifle
Serial Number.: S225902

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

By:  *s/Carrie Fisher Sherard*
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100

July 14, 2022