IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 3:22-cr-00344-MGL |
| | ) |
| vs. | ) |
| | ) |
| DAEJA BRYANA HODGE | ) |

**MOTION FOR PRELIMINARY ORDER OF FORFEITURE
AS TO DAEJA BRYANA HODGE**

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Defendant, Daeja Bryana Hodge, based on the Defendant's conviction of conspiring to make false statements with regard to the acquisition of firearms from licensed firearm dealers and willfully engaging in the business of dealing firearms, in violation of 18 U.S.C. §§ 922(a)(6), 922(a)(1)(A), 923(a) and 371.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the Defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

1

                Respectfully submitted,

                ADAIR F. BOROUGHS
                UNITED STATES ATTORNEY

                By:   *s/Carrie Fisher Sherard*
                Carrie Fisher Sherard #10134
                Assistant United States Attorney
                55 Beattie Place, Suite 700
                Greenville, SC 29601
                (864) 282-2100

July 3, 2023