IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:22-cr-00344-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| DAEJA BRYANA HODGE | ) | |

NOTICE TO COURT
Fed.R.Crim. P. 32.2(c)(2)
AS TO DAEJA BRYANA HODGE

NOW COMES the United States and represents as follows:

WHEREAS, on July 11, 2023, this Court entered a Preliminary Order of Forfeiture as to Daeja Bryana Hodge, ordering the Defendant to forfeit her interest in the following property:

    A.    <u>Firearm</u>:

        Del-Ton, model DTI-15 rifle
        CAL: .223, SN:   S225902
        Asset ID: 22-ATF-037506

    B.    <u>Ammunition:</u>

        Multiple rounds of ammunition

WHEREAS, the United States caused to be published on an official government internet website ("www.forfeiture.gov"), of general circulation in the State of South Carolina and the United States for thirty (30) consecutive days, beginning August 21, 2023 and ending September 19, 2023, as required by Supplemental Rule G(4)(a)(iv)(c), Fed.R.Civ.P., notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right

to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property; and

WHEREAS no timely claim has been filed as to the firearm: Del-Ton, model DTI-15 rifle, CAL:.223, SN: S225902, Asset ID: 22-ATF-037506; Ammunition: Multiple rounds of ammunition, and the time to file such claims has passed; and

WHEREAS the Preliminary Order of Forfeiture provides that it will become the Final Order of Forfeiture in the absence of any claims by third parties;

It appears that all right, title, and interest in the firearm: Del-Ton, model DTI-15 rifle, CAL: .223, SN: S225902, Asset ID: 22-ATF-037506; Ammunition: Multiple rounds of ammunition; has been forfeited as of September 20, 2023 to the United States of America in accordance with the Preliminary Order of Forfeiture and may be disposed of according to law.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By:   *s/Carrie Fisher Sherard*
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100

November 13, 2023

2